**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Newark Division**

| | |
|---|---|
| Walter Pariona Mendoza | ) |
| | ) |
| Petitioner | ) |
| v. | ) |
| | ) **Case No.** |
| Ruben Perez, in his official capacity | ) |
| as Field Office Director, Newark Field | ) |
| Office, Immigration and Customs | ) **Agency No. 078-129-895** |
| Enforcement; | ) |
| | ) |
| Markwayne Mullin, in his official | ) **NOTICE OF VOLUNTARY** |
| capacity as Secretary, Department of | ) **DISMISSAL PURSUANT** |
| Homeland Security; | ) **TO F.R.C.P. 41(a)(1)(A)(i)** |
| | ) |
| Todd Blanche, in her official capacity | ) |
| as Attorney General of the United | ) |
| States; | ) |
| | ) |
| David Venturella, in his official | ) |
| capacity as Acting Director, | ) |
| Immigration and Customs | ) |
| Enforcement, | |

Respondents.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.**
**41(a)(1)(A)(i)**

1

Pursuant to Federal Rule of Vicil Procedure 41(a)(1)(A)(i), Petitioner Walter Pariona Mendoza hereby gives notice that the above captioned habeas corpus action is voluntarily dismissed without prejudice, given that the Respondents have not served an answer, a motion for summary judgment, or any other responsive pleading or motion in this matter.

**SO ORDERED this day of August 10, 2026**
**s/Katharine S. Hayden**
**Hon. Katharine S. Hayden, U.S.D.J.**

Respectfully submitted,
/s/ Mayra A.Cano
Mayra A. Cano
Attorney for Petitioner
028962012
Law Offices of Mayra A. Cano
P.O. Box M
Chester, NJ 07845
Mayra.cano@mayracanolaw.com
(201)305-3757

2